IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL P. DRIPS, an individual, | ) ) | |
| Plaintiff, | ) ) | 2:09-CV-02332-GEB-GGH |
| v. | ) ) | ORDER DISMISSING ACTION WITHOUT PREJUDICE |
| LAW OFFICES OF LAURENCE A. HECKER, and DOES 1 through 10, inclusive, | ) ) ) | |
| Defendants. | ) ) | |

Since Plaintiff filed a Request for Dismissal of this action without prejudice on May 19, 2010, this action is dismissed without prejudice.

Dated: May 19, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1